■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN ANDERSON, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered March 1, 1968 on resentence, convicting him of

assault in the second degree, upon a plea of guilty, and sentencing him to an indeterminate prison term of one to three years. Appeal dismissed as academic, in view of the decision in *People ex rel. Anderson* v. *Krueger* (30 A D 2d 966). Beldock, P. J., Christ, Hopkins, Munder and Martuscello, JJ., concur.